AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

MICHAEL CURTIS REYNOLDS

**CRIMINAL COMPLAINT**

FILED
WILKES BARRE
DEC - 5 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CASE NUMBER: 2:MJ-05-30

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Count I**: On and before April 23, 2005, in Wilkes-Barre, Luzerne County, in the Middle District of Pennsylvania, the defendant, *Michael Curtis Reynolds*, did knowingly, intentionally and unlawfully possess a firearm, a grenade, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5841, 5861(d) and 5871.

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint

is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.   _X_ Yes   __ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

_12/5/05_____ at   Wilkes-Barre, Pennsylvania
Date                                                                               City and State

Malachy E. Mannion, U.S. Magistrate Judge     _____
Name and Title of Judicial Officer                                  Signature of Judicial Officer