AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-                                    **CRIMINAL COMPLAINT**

MICHAEL CURTIS REYNOLDS                 CASE NUMBER: 2:MJ-05-30

*FILED WILKES BARRE DEC - 5 2005 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Count I** :   On and before April 23, 2005, in Wilkes-Barre, Luzerne County, in the Middle District of Pennsylvania, the defendant, *Michael Curtis Reynolds*, did knowingly, intentionally and unlawfully possess a firearm, a grenade, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5841, 5861(d) and 5871.

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   _X_ Yes   __ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

___12/5/05_____ at   Wilkes-Barre, Pennsylvania
Date                                     City and State

Malachy E. Mannion, U.S. Magistrate Judge    _____
Name and Title of Judicial Officer            Signature of Judicial Officer