In The United States District Court
For The Middle District of Pennsylvania

FILED
SCRANTON
JUN 0 9 2006
Per _____
DEPUTY CLERK

United States of America   :
    vs.                  :   3: CR-05-493
Michael Curtis Reynolds   :   (Kosik, J)

## Motion for Aquittal

The DEFENDANT, having been advised by legal counsel, has determined a need to file the following:

1) Due to the lack of any real evidence to affirm any level of crime committed by the Defendant, it is requested that the Defendant be Aquitted of all charges and his record expounged.

It has been shown though evidence and testimony that the charges against the Defendant were ungrounded in facts. Since there is no level of any part of a crime committed, the charges should be Aquitted. Since Aquittal is in fact just and indicated, the Defendant should have all charges expounged from his permanent record.