In The United States District Court
For The Middle District of Pennsylvania

United States of America    :    05: CR-493
            vs.              :
Michael Curtis Reynolds      :    Judge: Kosik

Motion For Dismissal of Indictment

The Defendant, having been advised of his legal rights under the law, has determined a need to file the following:

(1) Motion For Dismissal of Indictment- In that Superceeding Indictment was in fact filed perjured anyhow, law dictates overturning, (aquittal) or dismissal of indictment. Defendants reques court follow Federal and Constitutional law and dismiss with prejudice said indictmen

FILED
SCRANTON

APR 30 2007

PER _____ DEPUTY CLERK

This motion is GRANTED on this ___ day of the month of _____, _____.

_____        _____
Representative of the Courts           Date

Motions & Notions (c) 2006

Michael Curtis Reynolds
Lackawanna County Prison
1371 North Washington Avenue
Scranton, PA 18509

RECEIVED
SCRANTON
APR 30 2007
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

LEHIGH VALLEY PA 180
28 APR 2007 PM 4 T

United States District Court
Office of the Clerk of Courts
235 No. Washington Ave.
Scranton, Pa 18501-1148

cc: Department of Professional Responsibility