In The United States District Court
For The Middle District of Pennsylvania

United States of America : 03:05-cR-493
Vs. :
Michael Curtis Reynolds : Judge: Kosik

FILED SCRANTON JUN 13 2007
PER _____ DEPUTY CLERK

Motion For Dismissal on Grounds
of Inadequate Access to the Courts

The Defendant, having been advised of his legal rights under the law, has determined a need to file the following:

(1) Motion For Dismissal on Grounds of Inadequate Access to the Courts - In that Defendant has repeatedly informed this court of Lackawanna Prisons library issues of not granting proper access to law library, along with inadequate books, it is therefore impossible to render a fair defense on our matter in this court. A Dismissal with Prejudice is mandated.

This motion is GRANTED on this ___ day of the month of _____, ____.

_____     _____
Representative of the Court              Date

Your Honor,

I am awaiting this weeks hearings on the three motions now before this court. As no debate of any length should be required for Speedy Trial or Law Library Dismissal with Prejudice as matters of fact or law, this Dismissal, required by law, will not tax this courts scheduling. Please forward which day this week these will be held. Philadelphia appeals court wants updates monthly on this and issues before Williamsport on Habeus motions that your court ignored. A rapid scheduling, followed by an even quicker Dismissal with Prejudice would be appreciated by them, as well as the Defendant.

Sincerely,

Michael C Reynolds



MICHAEL CURTIS REYNOLDS
1371 NO. WASHINGTON AVE.
SCRANTON, PA. 18509

SCRANTON PA 18
11 JUN 2007 PM 2

RECEIVED
SCRANTON
JUN 13 2007
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

CORRESPONDENCE SENT FROM
A CORRECTIONAL FACILITY - NOT
RESPONSIBLE FOR ITS CONTENTS

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK OF COURTS
235 NO. WASHINGTON AVE.
SCRANTON, PA. 18501-1148