UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| | : NO. 3:CV-05-493 |
| -vs- | : |
| | : (Judge Kosik) |
| | : |
| MICHAEL CURTIS REYNOLDS, | : |
| | : |
| Defendant | : |

## **MEMORANDUM AND ORDER**

This case is scheduled for trial on Tuesday, May 29, 2007. At the request of defense counsel, we have allowed the defense to file a motion to suppress evidence resulting from various searches conducted in various locations. Because of the imminence of the trial, and the fact that we write for the parties, we will not allude to the charges or any background to this prosecution.

The initial affidavit to support an arrest and search consists of 24 pages sworn to by the Federal Bureau of Investigation. Because of the nature of this case, evident in the affidavit, the search sought the discovery of physical records reflected in computers, discs, as well as other contraband. Following an initial search, two additional addendum affidavits were filed for the issuance of further warrants to search for records stored in digital format on computers.

All affidavits are based on personal observation, information acquired in the investigation and a cooperating witness who has repeatedly provided accurate information which led to arrests.

Having examined the affidavits, we conclude that probable cause for all of the searches existed.  Accordingly, the motion to suppress is **DENIED**.

SO ORDERED.

                                          *s/Edwin M. Kosik*
                                          United States District Judge

Dated: May 22, 2007