UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3210
_____

UNITED STATES OF AMERICA

v.

MICHAEL CURTIS REYNOLDS,
          Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No.05-cr-00493)
District Judge: Honorable Edwin M. Kosik
_____

Submitted Under Third Circuit LAR 34.1(a)
on January 25, 2010

Before: RENDELL and JORDAN, <u>Circuit Judges</u>,
and PADOVA,* District Judge.

_____

\* Honorable John R. Padova, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 25, 2010.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Judgment and Commitment Order of the District Court entered on July 20, 2007, be and the same is hereby AFFIRMED.  All of the above in accordance with the Opinion of this Court.  Costs will not be taxed.

          ATTEST:

          /s/Marcia M. Waldron
          Clerk

Dated: March 18, 2010