CLD-304  UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1839
_____

UNITED STATES OF AMERICA

v.

MICHAEL CURTIS REYNOLDS,
                                                                 Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 05-cr-00493)
District Judge:  Honorable Edwin M. Kosik

Submitted for Possible Summary Action Pursuant to
Third Circuit LAR 27.4 and I.O.P. 10.6
September 29, 2011
Before:  RENDELL, FUENTES and SMITH, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on September 29, 2011.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 8, 2011, be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron
Clerk

DATED: October 13, 2011